## Commonwealth *v.* Gay, Appellant.

Submitted March 19, 1973. *Barbara Brown* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Louis A. Perez, Jr.* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Ginlett, Appellant.

Argued March 19, 1973. *James W. Tracey, III,* with him *Wollman, Tracey and Schlesinger,* for appellant; *Norris E. Gelman,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.